

NUMBER 13-11-00255-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

OSCAR VALENZUELA, ANA GUTIERREZ,
AND REYNALDO GUTIERREZ,                                          Appellants,

v.

SANCHEZ-O'BRIEN OIL & GAS CORPORATION,
PGS ONSHORE, INC., AND SEISMIC EXCHANGE, INC.,         Appellees.

On appeal from the 445th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides
Memorandum Opinion Per Curiam**

Appellants perfected an appeal from a judgment entered by the 445th District

Court of Cameron County, Texas, in cause number 2011-DCL-1671-I. Appellants have

filed an unopposed motion to dismiss the appeal on grounds that the parties have

reached an agreement to settle and compromise their differences. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
12th day of April, 2012.